ORIGINAL

**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone: (619) 239-9456
Fax: (619) 239-9334



FILED
06 OCT 23 AM 10:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorney for Defendant BLANCA CASTENEDA MOTA

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BLANCA CASTENEDA MOTA, <br><br> Defendant | Case No.: 06 CR1655 DMS <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

It is hereby stipulated by and between the parties Carol C. Lam, United States Attorney and Steven De Salvo, Assistant United States Attorney, on behalf of plaintiff, the United States of America, and defendant, BLANCA CASTENEDA MOTA, by and through his attorney, Marc B. Geller, APC,

////
////
////
////
////
////

1

06 CR1655 DMS

that the sentencing hearing, presently scheduled to take place on November 3, 2006 at 9:00 a.m., be continued until December 15, 2006, at ~~8:30~~ 9:00 a.m.

IT IS SO STIPULATED:

CAROL C. LAM
United States Attorney

Dated: October 18, 2006

*/s/ Steven De Salvo*
STEVEN DE SALVO
Assistant United States Attorney

Dated: October 18, 2006

*/s/ Marc B. Geller*
MARC B. GELLER, APC
Attorney for BLANCA CASTENEDA MOTA

Dated: October 18, 2006

*/s/ Blanca J. Castañeda Mota*
BLANCA CASTENEDA MOTA,
Defendant

Dated: October 23, 2006

*/s/ Dana M. Sabraw*
HON. DANA M. SABRAW
United States District Court Judge